IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,            | CASE NO. CV-F-04-6254 OWW DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR DISCOVERY WITHOUT PREJUDICE |
| vs. | |
| EDWARD ALAMEDA, JR., Warden, | [Doc. 27] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 10, 2005, Petitioner filed a motion for discovery of a police report. Although discovery is available pursuant to Rule 6, it is only granted at the Court's discretion, and upon a showing of good cause. Bracy, 117 S.Ct. at 1797; McDaniel v. United States Dist. Court (Jones), 127 F.3d 886, 888 (9th Cir. 1997); Jones v. Wood, 114 F.3d 1002, 1009 (9th Cir. 1997); Rule 6(a) of the Rules Governing Section 2254. Insofar as Petitioner believes he will have the opportunity to "prove his innocence" he is mistaken. A habeas corpus proceeding functions much like an ordinary appeal. As such, one does not proceed to "trial" in federal habeas corpus and, unlike other civil litigation, a habeas petitioner is not entitled to broad discovery. Bracy v. Gramley, 520 U.S. 899, 117 S.Ct. 1793, 1796-97 (1997); Harris v. Nelson, 394 U.S. 286, 295, 89 S.Ct. 1082, 1088-89 (1969).

Here, Petitioner seeks to discover the police report including statements by two individuals.

Petitioner has not shown why the police reports are necessary for resolution of the instant petition. Thus, Petitioner has not demonstrated good cause. In some cases, the Court will grant discovery when it will aid in developing facts necessary to decide whether to order an evidentiary hearing. In such cases, such an order often follows the granting of an evidentiary hearing. However, in this case, the Court has yet to review the petition and supporting documentation on the merits and is, therefore, unable to determine whether an evidentiary hearing is warranted. As such, discovery will provide no useful information for the Court at this time.

Based on the foregoing, Petitioner's motion for discovery is DENIED. However, petitioner may renew his motion if he can show good cause to discover the request reports.

IT IS SO ORDERED.

Dated:     August 30, 2005                           /s/ Dennis L. Beck
3b142a                                            UNITED STATES MAGISTRATE JUDGE