IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>EDWARD ALAMEDA, JR., Warden,<br><br>　　　　　Respondent.<br>_____/ | CASE NO. CV-F-04-6254 OWW DLB HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO WITHDRAW MOTION TO STAY PETITION IN ABEYANCE PENDING EXHAUSTION<br><br>[Docs. 25, 28] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On June 19, 2005, Petitioner filed a motion to stay the petition while he exhausted his state court remedies. On July 8, 2005, the Court issued an order to show cause why his request should be granted. On August 10, 2005, Petitioner filed a request to withdraw his previous motion to stay the petition. In his request, Petitioner indicates that after reviewing the record and Respondent's answer to the petition, it has been found that Petitioner exhausted the state court remedies.

　　　Accordingly, the Court HEREBY GRANTS Petitioner's request to withdraw his motion to stay the petition.

　　　IT IS SO ORDERED.

Dated:　August 30, 2005　　　　　　　　　　　／s／ Dennis L. Beck
3b142a　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1