IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES, | CASE NO. 1: 04 CV 6254 OWW DLB HC |
| Petitioner, | ORDER CONSTRUING PETITIONER'S RENEWED MOTION FOR DISCOVERY |
| vs. | AS SUPPLEMENT TO TRAVERSE |
| EDWARD ALAMEDA, JR., Warden, | [Doc. 33] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

This action is proceeding on Petitioner's second amended petition, filed February 9, 2005. On June 6, 2005, Respondent filed an answer to the second amended petition. On August 10, 2005, Petitioner filed a traverse. On this same date, Petitioner also filed a request for discovery. On August 31, 2005, the Court denied Petitioner's request for discovery. On September 14, 2005, Petitioner filed a renewed request for discovery.

In his renewed request for discovery, although Petitioner indicates that he is attempting to show the relevance of the need for a copy of the police report, Petitioner is merely arguing the merits of his petition. Further, the Court notes that on August 31, 2005, Petitioner submitted a copy of the police report. Petitioner is advised that the Court will construe the September 14, 2005, renewed request for discovery and submission of the police report as a supplement to his traverse. As such, the case is now

1  submitted to the Court for review and Petitioner is advised that the Court will issue a ruling on the
2  petition in due course.
3       IT IS SO ORDERED.
4       Dated:    November 14, 2005                    /s/ Dennis L. Beck
   3b142a                                        UNITED STATES MAGISTRATE JUDGE