UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARIO TORRES,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-04-6254 OWW/DLB HC

EDWARD S ALAMEDA, JR,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

  X    Denied for the following reason:
*No issues debatable among jurists of reason.*

_____
_____

Dated: 10-19-06

OLIVER W. WANGER
United States District Judge